**MADE JS-6**

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  LINDA HAYES, an individual, KAREN CRISCI, an individual; and YOLANDA WYGAL, an individual, | CASE NO.:  CV 10-1818 GW (RCx) |
| 12 | JUDGMENT |
| 13              Plaintiffs, | JUDGE:       Hon. George H. Wu CTRM:        "10" |
| 14  vs. | Complaint filed:   March 12, 2010 |
| 15  SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, a public entity; and DOES 1-10, | Trial:              December 14, 2010 |
| 16 | |
| 17 | |
| 18              Defendants. | |

19

20          This action came on for hearing before the Court, on November 8, 2010 and

21  November 22, 2010, Honorable George Wu, District Judge Presiding, on

22  Defendant's Motion for Summary Judgment, and the evidence presented having

23  been fully considered, the issues having been duly heard and decision having been

24  duly rendered;

25          For the reasons set forth in this Court's tentative rulings dated November 8,

26  2010 (Exhibit "A" hereto) and November 22, 2010 (Exhibit "B" hereto), which

27  were adopted by this Court as its final ruling on November 22, 2010;

28          IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, that the

action be dismissed on the merits and that Defendant Superior Court of California, County of Los Angeles recover its costs.

DATED:  December 2, 2010

_____
GEORGE H. WU, U.S. DISTRICT JUDGE